UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD POOLE ,

      Plaintiff,

v.                                          Case No. 05-CV-74163-DT

VALLEY INDUSTRIES aka VALLEY
AUTOMOTIVE,

      Defendant.
                                               /

**ORDER GRANTING IN PART PLAINTIFF'S "MOTION TO COMPEL DISCOVERY"**

Pending before the court is Plaintiff's "Motion to Compel Discovery." In his motion, Plaintiff requests that the court "order Defendant to comply with [his] discovery requests fully and completely and without objection, to have their noticed witnesses appear for depositions, and to face sanction pursuant to Federal Court Rules." (Pl.'s Mot. at ¶ 9.) The court conducted a hearing in this matter on June 15, 2006. Based on the representations made to the court during the hearing, IT IS ORDERED that Defendant respond to Plaintiff's written discovery requests no later than **June 23, 2006**. IT IS FURTHER ORDERED that all discovery, including all depositions, in this matter be concluded no later than **July 26, 2006**. In addition, IT IS ORDERED that the dispositive motion deadline is moved to **August 4, 2006.** The court will not impose upon Defendant sanctions as requested by Plaintiff.

      IT IS SO ORDERED.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: June 16, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 16, 2006, by electronic and/or ordinary mail.

                                                   S/Lisa Wagner
                                                   Case Manager and Deputy Clerk
                                                   (313) 234-5522

S:\Cleland\JUDGE'S DESK\Odd Orders\05-74163.POOLE.GrantingInPartPl.'sMotToCompel.wpd